**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-01548 <br><br> JUDGE ROBERT M. DOW, JR. <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses its Complaint against all Defendants listed in Schedule "A" to the Complaint, and requests the case be closed.

No defendant has filed an Answer or submitted a Motion for Summary Judgment making voluntary dismissal proper under Fed. R. Civ. P. 41(a)(1)(A). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:   April 23, 2020          Respectfully submitted,

                                                         */s/ Ann Marie Sullivan*
                                                         Ann Marie Sullivan
                                                         Alison Carter
                                                         Raymond Lang
                                                         AM Sullivan Law, LLC
                                                         1440 W. Taylor St., Suite 515
                                                         Chicago, Illinois 60607
                                                         Telephone: 224-258-9378
                                                         E-mail: ams@amsullivanlaw.com

                                                         ***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 23, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Ann Marie Sullivan*
                                           Ann Marie Sullivan