# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Iron Maiden Holdings, Ltd.

                            Plaintiff,

v.                                                     Case No.: 1:20−cv−01548

                                                      Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 23, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the notice of voluntary dismissal [26], this action is dismissed without prejudice, with each side to bear its own costs and fees. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.